# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEPTIONAL INNOVATION, LLC, | Civil No. 07cv2199-L(NLS) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| KONTRON AMERICA, INC. | |
| Defendant. | |

On November 15, 2007 this action was transferred to this district from the United States District Court for the Southern District of Ohio, Eastern Division. The same case was transferred to this district on October 17, 2007 and was assigned case no. 07cv2041-LAB(LSP). Both cases bear United States District Court for the Southern District of Ohio, Eastern Division case no. 07cv724. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** as duplicative of the previously filed case no. 07cv2041-LAB(LSP).

**IT IS SO ORDERED.**

DATED: November 26, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL